# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. POOLE, | Case No. 1:15-cv-00511-DAD-SKO |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE PARTIES' STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| KASTNER INTERMEDIATE SCHOOL, et al., | |
| Defendants. | |

On February 25, 2016, the parties filed a stipulated request to modify the scheduling order to continue certain discovery deadlines. The parties seek to extend the fact discovery deadline to May 20, 2016; continue the expert disclosure deadline from March 25, 2016, to June 17, 2016; and extend the rebuttal expert disclosure deadline from April 14, 2016, to July 1, 2016. The parties also stipulate that experts would not be required to prepare written reports, and that expert depositions would be completed by July 13, 2016.[1]

---

[1] Although the parties do not expressly request an extension of the expert discovery deadline, the Court construes the parties' stipulation to complete expert depositions by July 13, 2016, as a request to extend the expert discovery deadline to July 13, 2016.

These requested deadlines, however, conflict with the parties' existing June 17, 2016 dispositive motion filing deadline. If the parties intended to extend expert discovery beyond the dispositive motion filing deadline and thereby limit what evidence may be available to support or oppose a dispositive motion, they may file an amended request acknowledging they wish to do so. On the other hand, if the parties wish to retain the ability to file dispositive motions *after* the close of expert discovery, the existing dispositive motion filing deadline, the August 29, 2016, pretrial conference date, and the October 25, 2016, trial date would need to be modified.

Accordingly, the parties' stipulated request is DENIED without prejudice to filing an amended request.

IT IS SO ORDERED.

Dated:   **February 29, 2016**                              **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE