UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. POOLE,<br><br>   Plaintiff,<br><br>   v.<br><br>KASTNER INTERMEDIATE SCHOOL; CLOVIS UNIFIED SCHOOL DISTRICT; CLOVIS UNIFIED SCHOOL DISTRICT POLICE DEPARTMENT; OFFICER T. VANG (ID # 917); and DOES 1-25,<br><br>   Defendant. | No. 1:15-cv-00511-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 47) |

On July 6, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 47.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **July 6, 2016**

_____
UNITED STATES DISTRICT JUDGE

1